**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Cindy M. Gil,<br><br>       Plaintiff,<br><br>       v.<br><br>J.P. Morgan Chase N.A.,<br><br>       Defendant. | CIV-07-181-PHX-SMM<br><br>**ORDER** |

On October 26, 2007, Defendant filed a draft version of the Joint Report of Rule 26(f) Conference and Proposed Case Management Plan (Dkt. 16). Defendant subsequently requested that document be removed from the court docket, as it is still being reviewed by both parties and the final version will be filed with the Court at a later time (Dkt. 17). Accordingly,

**IT IS HEREBY ORDERED** striking the Joint Report of Rule 26(f) Conference and Proposed Case Management Plan (Dkt. 16). The parties remain obligated to jointly file their Proposed Case Management Plan not less than five (5) business days before the Preliminary Pretrial Conference scheduled for December 3, 2007 at 10:00 a.m.

DATED this 29th day of October, 2007.

Stephen M. McNamee
United States District Judge