**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cindy M. Gil,<br><br>           Plaintiff,<br><br>v.<br><br>J.P. Morgan Chase, N.A.,<br><br>           Defendants. | No. CV-07-181-PHX-SMM<br><br>**ORDER** |

Before the Court is the parties' Joint Motion to Amend Rule 16 Scheduling Order (Dkt. 54). The Scheduling Order in this case (Dkt. 25), requires all dispositive motions be filed no later than June 13, 2008. The parties request that the Court extend this deadline because Plaintiff anticipates filing a motion to exclude certain evidence that Defendant plans to use in its motion for summary judgment. The parties propose that the Court amend the Scheduling Order and require Plaintiff to file her motion to exclude evidence by June 20, 2008, and require dispositive motions be filed the later of 30 days from the Court's ruling on the motion to exclude or September 5, 2008. The Court will deny the request.

The Local Rules for the District of Arizona do not permit objections to the admission of evidence to be submitted in separate filings. LRCiv. 7.2(m). An objection to the admission of evidence offered in support of or opposition to a motion for summary

1  judgment must be presented in the party's response to another party's separate statement
2  of facts. <u>Id.</u> The Court will therefore deny the parties' Joint Motion to Amend and
3  require any objections to evidence be presented in accordance with the Local Rules. The
4  Court notes Local Rule 56.1 governs motions for summary judgment and separate
5  statements of facts, and will be strictly enforced.
6      Accordingly,
7      **IT IS HEREBY ORDERED** denying the parties' Joint Motion to Amend Rule 16
8  Scheduling Order (Dkt. 54).  Dispositive motions shall be filed no later than June 13,
9  2008.
10     **IT IS FURTHER ORDERED** that any objections to evidence submitted in
11 support or opposition to a motion for summary judgment shall be presented in accordance
12 with Local Rule 7.2(m). Objections which do not comply with Local Rule 7.2(m) may be
13 summarily overruled.
14     DATED this 11th day of June, 2008.

Stephen M. McNamee
United States District Judge