**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cindy M. Gil,<br><br>        Plaintiff,<br><br>v.<br><br>JPMorgan Chase Bank, N.A.,<br><br>        Defendant. | No. CIV 07-0181-PHX-SMM<br><br>**MEMORANDUM OF DECISION AND ORDER** |

Before the Court is Plaintiff's Bill of Costs and Memorandum of Points and Authorities on Taxable Costs (Dkts. 70 & 71). Pursuant to LRCiv 54.1, a party in whose favor final judgment is rendered is the prevailing party who may be entitled to costs. Judgment has not yet been entered in this action. Plaintiff has filed her Bill of Costs prematurely.

Accordingly,

**IT IS HEREBY ORDERED** striking Plaintiff's Bill of Costs and Memorandum of Points and Authorities on Taxable Costs (Dkts. 70 & 71).

DATED this 3rd day of February, 2009.

_____
Stephen M. McNamee
United States District Judge